IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

PAULA LYNCH,

        Plaintiff,

v.                            CIVIL ACTION NO. 3:06-0148

THE UNITED STATES
ATTORNEY GENERAL, et al.,

        Defendants.

## ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that the motions to dismiss of the federal defendants and of the Attorney General of the State of West Virginia be granted and that this action be dismissed. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** the motions to dismiss of the federal defendants and of the Attorney General of the State of West Virginia and **DISMISSES** this action, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

                            ENTER:        August 14, 2008

                            ROBERT C. CHAMBERS
                            UNITED STATES DISTRICT JUDGE